Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.: 20−23882−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christine Abood
    136 North 7th Ave
    Manville, NJ 08835

Social Security No.:
    xxx−xx−4702

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2021.

Dated: March 2, 2021
JAN: dmi

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-23882-MBK
Christine Abood                                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                 User: admin                                                 Page 1 of 3
Date Rcvd: Mar 02, 2021                               Form ID: plncf13                              Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Abood, 136 North 7th Ave, Manville, NJ 08835-1214 |
| 519058935 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519055384 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519077601 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055385 | + | Amex Department Store, PO Box 8218, Mason, OH 45040-8218 |
| 519119919 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519055388 | + | Citicards CBNA, 5800 South Corporate PLace, Sioux Falls, SD 57108-5027 |
| 519055389 | + | ComenityCapitalBank/Ikea, PO Box 182120, Columbus, OH 43218-2120 |
| 519055391 | | GM Financial, PO Box 1811145, Arlington, TX 76096-1145 |
| 519055392 | + | GM Financial Leasing, P.O. 100, Williamsville, NY 14231-0100 |
| 519057000 | + | Jovan Espinosa, 136 North 7th Ave, Manville, NJ 08835-1214 |
| 519057001 | + | Kenneth J Burtis, 6 Onka St, Manville, NJ 08835-2238 |
| 519055393 | + | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519055395 | + | Stncb/LL Flooring, PO Box 965036, Orlando, FL 32896-5036 |
| 519055399 | + | TD Bank USA/ Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519055400 | + | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519111158 | | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 20:33:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519055383 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2021 20:33:00 | Ally Financial*, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 519078718 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:41:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055386 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:40:53 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519119919 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519055388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:40:21 | Citicards CBNA, 5800 South Corporate PLace, Sioux Falls, SD 57108-5027 |
| 519055390 | | Email/Text: mrdiscen@discover.com | Mar 02 2021 20:34:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 519070283 | | Email/Text: mrdiscen@discover.com | Mar 02 2021 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |

Case 20-23882-MBK    Doc 29    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519085389 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 21:40:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519117202 | | Email/Text: camanagement@mtb.com | Mar 02 2021 20:34:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519126563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:11 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519126529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:39:24 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519055394 | + | Email/Text: bankruptcy@prosper.com | Mar 02 2021 20:35:00 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519124461 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519055396 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519055397 | | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | Syncb/Old Navy, PO box 965005, Orlando, FL 32896-5004 |
| 519055398 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:50 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519120225 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519055759 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519107783 | + | Email/Text: bncmail@w-legal.com | Mar 02 2021 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519055400 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:34 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519117384 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:39:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519085347 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519055387 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 37 |

Date: Mar 04, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Christine Abood brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4