UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

In Re:

CHRISTINE ABOOD

Case No.:       20-23882

Chapter:        13

Adv. No.:

Hearing Date:   4/6/21

Judge:          MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 8, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Motion to Expunge Claims of Prosper Marketplace Inc.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   3/8/21

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Propser Marketplance, Inc.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121<br>ATTN: CEO; Corp. Officer; Agent; Managing Partner or Party Designated to Accept Service | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christine Abood<br>136 North 7th Avenue<br>Manville, NJ 08835 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |