| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-23882 / MBK**

Christine Abood

Petition Filed Date: 12/23/2020
341 Hearing Date: 01/21/2021
Confirmation Date: 02/24/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $150.00 | 73480060 | 02/02/2021 | $150.00 | 74253310 | 03/01/2021 | $150.00 | 74891120 |
| 04/05/2021 | $150.00 | 75731780 | 04/30/2021 | $150.00 | 76348980 | 06/01/2021 | $150.00 | 77115040 |
| 07/06/2021 | $150.00 | 77810940 | 08/03/2021 | $150.00 | 78540440 | 09/02/2021 | $150.00 | 79221720 |
| 10/04/2021 | $150.00 | 79884660 | 11/09/2021 | $150.00 | 80718630 | 11/30/2021 | $150.00 | 81107370 |
| 01/03/2022 | $150.00 | 81815660 | 02/03/2022 | $150.00 | 82529310 | | | |

**Total Receipts for the Period:  $2,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christine Abood | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $1,668.15 | $1,581.85 |
| 1 | ACAR LEASING LTD<br>»»  2019 CHEVROLET TAHOE/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $11,577.31 | $0.00 | $11,577.31 |
| 3 | DISCOVER BANK | Unsecured Creditors | $2,104.75 | $0.00 | $2,104.75 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $1,222.21 | $0.00 | $1,222.21 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,008.99 | $0.00 | $2,008.99 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,433.13 | $0.00 | $2,433.13 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $970.80 | $0.00 | $970.80 |
| 8 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $985.47 | $0.00 | $985.47 |
| 9 | TD BANK USA NA | Unsecured Creditors | $1,239.03 | $0.00 | $1,239.03 |
| 10 | ALLY CAPITAL<br>»»  2016 RAM 1500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | M&T Bank<br>»»  NP/6 ONKA ST/1ST MTG | Mortgage Arrears | $217.95 | $0.00 | $217.95 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $82.93 | $0.00 | $82.93 |
| 13 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $372.12 | $0.00 | $372.12 |
| 14 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $2,764.02 | $0.00 | $2,764.02 |

**Chapter 13 Case No. 20-23882 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» SYNCRHONY/LUMBER LIQUIDATORS | Unsecured Creditors | $1,028.09 | $0.00 | $1,028.09 |
| 16 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER FUNDING | Unsecured Creditors | $13,793.10 | $0.00 | $13,793.10 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»» COMENITY/IKEA | Unsecured Creditors | $3,368.10 | $0.00 | $3,368.10 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/OLD NAVY | Unsecured Creditors | $1,435.98 | $0.00 | $1,435.98 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $948.57 | $0.00 | $948.57 |
| 20 | PROSPER FUNDING, LLC<br>»» WEBBANK(SAME DEBT AS CLAIM 16-1)/ORDE 4/15/21 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,100.00 | Plan Balance: | $3,300.00 ** |
| Paid to Claims: | $1,668.15 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $157.05 | Arrearages: | $0.00 |
| Funds on Hand: | $274.80 | Total Plan Base: | $5,400.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**