**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christine Abood** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4702 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23882–MBK | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Christine Abood

3/21/24                                                                 **By the court:** Michael B. Kaplan
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-23882-MBK
Christine Abood  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Mar 21, 2024      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Abood, 136 North 7th Ave, Manville, NJ 08835-1214 |
| 519055391 | | GM Financial, PO Box 1811145, Arlington, TX 76096-1145 |
| 519055392 | + | GM Financial Leasing, P.O. 100, Williamsville, NY 14231-0100 |
| 519057000 | + | Jovan Espinosa, 136 North 7th Ave, Manville, NJ 08835-1214 |
| 519057001 | + | Kenneth J Burtis, 6 Onka St, Manville, NJ 08835-2238 |
| 519055395 | + | Stncb/LL Flooring, PO Box 965036, Orlando, FL 32896-5036 |
| 519055759 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519058935 | + | EDI: PHINAMERI.COM | Mar 22 2024 00:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519262389 | + | EDI: AISACG.COM | Mar 22 2024 00:52:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519111158 | | EDI: GMACFS.COM | Mar 22 2024 00:52:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519055383 | + | EDI: GMACFS.COM | Mar 22 2024 00:52:00 | Ally Financial*, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 519055384 | + | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:21:21 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519077601 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 21:31:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519055385 | + | EDI: CITICORP | Mar 22 2024 00:52:00 | Amex Department Store, PO Box 8218, Mason, OH 45040-8218 |
| 519078718 | + | EDI: AIS.COM | Mar 22 2024 00:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519055386 | | EDI: CAPITALONE.COM | Mar 22 2024 00:52:00 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519119919 | | EDI: CITICORP | Mar 22 2024 00:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519055388 | + | EDI: CITICORP | Mar 22 2024 00:52:00 | Citicards CBNA, 5800 South Corporate PLace, |

Case 20-23882-MBK    Doc 54    Filed 03/23/24    Entered 03/24/24 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57108-5027 |
| 519055389 | + | EDI: WFNNB.COM | Mar 22 2024 00:52:00 | ComenityCapitalBank/Ikea, PO Box 182120, Columbus, OH 43218-2120 |
| 519055390 | | EDI: DISCOVER | Mar 22 2024 00:52:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 519070283 | | EDI: DISCOVER | Mar 22 2024 00:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 519085389 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2024 21:20:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519117202 | | Email/Text: camanagement@mtb.com | Mar 21 2024 21:12:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519055393 | + | Email/Text: camanagement@mtb.com | Mar 21 2024 21:12:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519770046 | | EDI: PRA.COM | Mar 22 2024 00:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519770047 | | EDI: PRA.COM | Mar 22 2024 00:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519126563 | | EDI: PRA.COM | Mar 22 2024 00:52:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519126529 | | EDI: PRA.COM | Mar 22 2024 00:52:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519055394 | ^ | MEBN | Mar 21 2024 21:01:40 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519129099 | + | Email/Text: bncmail@w-legal.com | Mar 21 2024 21:12:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519124461 | | EDI: Q3G.COM | Mar 22 2024 00:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519055396 | + | EDI: SYNC | Mar 22 2024 00:52:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519055397 | | EDI: SYNC | Mar 22 2024 00:52:00 | Syncb/Old Navy, PO box 965005, Orlando, FL 32896-5004 |
| 519055398 | + | EDI: SYNC | Mar 22 2024 00:52:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519120225 | + | EDI: PRA.COM | Mar 22 2024 00:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519107783 | + | Email/Text: bncmail@w-legal.com | Mar 21 2024 21:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519055399 | + | EDI: WTRRNBANK.COM | Mar 22 2024 00:52:00 | TD Bank USA/ Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519055400 | + | EDI: CITICORP | Mar 22 2024 00:52:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519117384 | + | EDI: AIS.COM | Mar 22 2024 00:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 21, 2024 | Form ID: 3180W | Total Noticed: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519085347 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519055387 | *+ | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024                                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Christine Abood brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4